**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 231 WAL 2022

           Respondent                   :

                                     :    Petition for Allowance of Appeal

              v.                      :    from the Order of the Superior Court

JAMES EDWARD LLOYD JR.,           :

           Petitioner                     :

**<ins>ORDER</ins>**

**PER CURIAM**

      **AND NOW**, this 29th day of November, 2022, the Petition for Allowance of Appeal is **DENIED**.